IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>CHERYL TUCKER,<br><br>        Defendant | Case No.: 1:07-CR-00218<br><br>**STIPULATION AND PROPOSED ORDER FOR CONTINUANCE** |

The parties have filed the following stipulation:

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant Cheryl Tucker, and Stanley Boone, Assistant United States Attorney, that the status conference currently set for May 12, 2008 at 9:00 a.m. shall be continued to June 9, 2008 at 9:00 a.m.  Mr. Hammerschmidt is unavailable to appear in this case on May 12, 2008 due to his trial schedule.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein including but not limited to the need for the period of time set forth herein for continuity of counsel pursuant to 18 USC §§ 3161 (h)(8)(B)(i) and (iv).

Dated:  May 8, 2008                              Respectfully submitted,

                                                                   /s/ Jeffrey T. Hammerschmidt
                                                                  JEFFREY T. HAMMERSCHMIDT
                                                                  Attorney for Defendant,
                                                                  Robert Frost

Dated:  May 8, 2008                               /s/  Stanley A. Boone
                                                                  STANLEY A. BOONE
                                                                  Assistant U.S. Attorney

ORDER

Good cause appearing, due to the unavailability of defense counsel, IT IS HEREBY ORDERED that the status conference currently scheduled for May 12, 2008 at 9:00 a.m. be continued to June 9, 2008 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **May 9, 2008**                               **/s/ Anthony W. Ishii**
                                                      UNITED STATES DISTRICT JUDGE