McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:07-CR-00218 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE  AND ORDER |
| v. | |
| CHERYL LYNN TUCKER, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Jeffrey T. Hammerschmidt, Attorney for Defendant, CHERYL LYNN TUCKER, that the Status Conference presently set for June 9, 2008, at 9:00 a.m., may be continued to June 16, 2008, at 9:00 a.m.

The continuance is necessary because Government counsel is out of the office on business for trial preparation and will not be available for the hearing, and counsel for defendant is currently in trial and is unavailable for the hearing.

////

////

////

////

1

The parties also agree that time continues to be excluded pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the parties' preparation of the case.

DATED: June 4, 2008  By  /s/ Stanley A. Boone
STANLEY A. BOONE
Assistant U.S. Attorney

DATED: June 4, 2008  By  /s/ Jeffrey T. Hammerschmidt
JEFFREY T. HAMMERSCHMIDT
Attorney for Cheryl Tucker

**ORDER**

IT IS SO ORDERED.

**Dated:   June 6, 2008**          /s/ Anthony W. Ishii
UNITED STATES DISTRICT JUDGE