Jeffrey T. Hammerschmidt
Attorney at Law
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Cheryl Tucker

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>CHERYL TUCKER,<br><br>        Defendant | )  Case No.: 1:07-CR-00218<br>)<br>)  **STIPULATION AND PROPOSED ORDER**<br>)  **FOR CONTINUANCE**<br>)<br>)<br>)<br>)<br>)<br>) |

   IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant Cheryl Tucker, and Stanley Boone, Assistant United States Attorney, that the status conference currently set for June 16, 2008 at 9:00 a.m. shall be continued to June 23, 2008 at 9:00 a.m.  Mr. Hammerschmidt is unavailable to appear in this case on June 16, 2008 due to his trial schedule.  The parties further stipulate and agree that the resulting period of delay occurring between June 16, 2008, and June 23, 2008, shall be excluded pursuant to 18 U.S.C. Sections 3161(h)(1)(F) and 3161(h)(1)(I).

Dated:  June 12, 2008                    Respectfully submitted,

                                          /s/ Jeffrey T. Hammerschmidt
                                         JEFFREY T. HAMMERSCHMIDT
                                         Attorney for Defendant,
                                         Robert Frost


Dated:  June 12, 2008                     /s/  Stanley A. Boone
                                         STANLEY A. BOONE

1

1
2                                            Assistant U.S. Attorney
3
4
5
6
7
8
9
10                                              ORDER
11
12        Good cause appearing, due to the unavailability of defense counsel, IT IS HEREBY
13
14   ORDERED that the status conference currently scheduled for June 16, 2008 at 9:00 a.m. be
15
16   continued to June 23, 2008 at 9:00 a.m.
17
18        IT IS SO ORDERED.
19
20        Dated:   **June 13, 2008**                    **/s/ Anthony W. Ishii**
21                                              UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

2